**J. CONLEY & SONS PLUMBING**

v.

**WCAB (GAINER)**

**883 CD 2016**

Commonwealth Court of Pennsylvania.

09/19/2017

Workers' Compensation Appeal Board, A14–0353

Affirmed

**COMMONWEALTH**

v.

**PORTER, A.**

**1242 CD 2016**

Commonwealth Court of Pennsylvania.

09/19/2017

Delaware County Civil Division, CP–23–CR–2171–07

Affirmed

**BECIROVIC, D.**

v.

**NATIONAL COLLEGIATE STUDENT LOAN**

**1340 CD 2016**

Commonwealth Court of Pennsylvania.

09/19/2017

Cumberland County Civil Division, 2014–1619

Quashed

**DOHENY, P.**

v.

**PENNDOT, et al.**

**253 MD 2017**

Commonwealth Court of Pennsylvania.

09/19/2017

Original Jurisdiction

Dismissed